## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

| | | |
|---|---|---|
| **LAURA MIRELES,** | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **Civil Action No. B: 13-197** |
| | § | |
| **UNITED STATES OF AMERICA &** | § | |
| **DANIEL RIANO,** | § | |
| **Defendants.** | § | |

## <u>ORDER</u>

On September 28, 2015, Defendant Daniel Riano filed an unopposed motion for leave to file a summary judgment motion in excess of the Court's page limits. Dkt. No. 71.

The motion is granted. The District Clerk's Office is ordered to file the motion for summary judgment – Dkt. No. 71-2 – in a separate docket entry. Plaintiff Laura Mireles shall file a response to the motion for summary judgment no later than October 19, 2015.

DONE at Brownsville, Texas, on September 29, 2015.

Ronald G. Morgan
United States Magistrate Judge

1